**Order entered April 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00437-CV

### IN RE JAMES MCCOY, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13955-B**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's motion to proceed *in forma pauperis* and motion for leave to submit fewer copies, although we have considered the petition without payment of the mandamus filing fee and the required number of copies. We **ORDER** that relator bear the costs of this original proceeding.

/s/    ROBERT M. FILLMORE
JUSTICE